```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
SMART STUDY CO.,                     :
                                     :
            Plaintiff,               :
                                     :
      v.                             :    20-cv-7889 (JSR)
                                     :
BICHHA123, ET AL.,                   :
                                     :
            Defendants.              :
------------------------------------ x

------------------------------------ x
SMART STUDY CO.,                     :
                                     :
            Plaintiff,               :
                                     :
      v.                             :    20-cv-7890 (JSR)
                                     :
B+BABY STORE, ET AL.,                :
                                     :
            Defendants.              :
------------------------------------ x
```

ORDER

JED S. RAKOFF, U.S.D.J.

On September 24, 2020, by leave of the Court, complaints in the two above-captioned cases were filed under seal. Based upon plaintiff's ex parte submissions, the Court made preliminary findings of fact and conclusions of law and issued a Temporary Restraining Order ("TRO") and related orders. See Sept. 24, 2020 Order (to be docketed). The Court also ordered the defendants to show cause why a preliminary injunction should not issue. See id.

-1-

On October 2, 2020, the Court held a hearing on the order to show cause. For the reasons stated on the record at that hearing, see Oct. 2, 2020 Tr. (to be docketed), the Court rules as follows:

1. The above-captioned cases, including all filings and transcripts, are unsealed. The Clerk of Court is directed to open electronic dockets for ECF filing.
2. The above-captioned cases are consolidated for all pretrial purposes, without prejudice to counsel for any defendant raising an objection at the next hearing.
3. Plaintiff must file proof of service as to each defendant by no later than October 6, 2020.
4. Defendant The Primrose Lane (the only defendant to appear by counsel at the October 2 hearing) shall file an opposition showing cause why a preliminary injunction should not issue and why the TRO should be lifted by 5:30 pm on October 7, 2020. Plaintiff may file a reply by noon on October 9, 2020. The Court will hear argument on the order to show cause, with respect to The Primrose Lane only, on October 9, 2020, at 5:00 pm.
5. For all other parties, a further hearing on the order to show cause is set for October 16, 2020, at 11:00 am.
6. With the exception that the cases are now unsealed, the TRO and related orders, see Sept. 24, 2020 Order (to be

docketed), remain in full force and effect until October 16, 2020 or until the Court orders otherwise.

SO ORDERED.

Dated:  New York, NY
        October 5, 2020

                                          JED S. RAKOFF, U.S.D.J.

-3-