Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

**20 CV 7889**


JUDGE RAKOFF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., <br><br> *Plaintiff* <br><br> v. <br><br> B+BABY STORE, DAFENG CLAIRE IMPORT AND EXPORT TRADING CO., LTD., DONGGUAN SHUANGYUAN GARMENTS CO., LTD, DONGGUANG GOLDEN BEAR TOYS CO., LTD., GIRLY STORE, HANGZHOU DONGWANG TECHNOLOGY CO., LTD., HANGZHOU HANZHAO TECHNOLOGY CO., LTD., HANGZHOU YAOYANG TECHNOLOGY CO., LTD., JIAHAI (DONGGUAN) TECHNOLOGY CO., LTD., KOCOZO OFFICIAL STORE, LIUYANG BLUEWHALE FIREWORKS CO., LTD., LONGGANG JING'AN PAPER PRODUCTS CO., LTD., LONGYOU JIZHEN E-COMMERCE CO., LTD., NANJING ZHAOYAN TRADE CO., LTD., NANNING EXCELLENT EMBROIDERY CO., LTD., QINGDAO FUBOYUAN ARTS & CRAFTS CO., LTD., SHANGHAI ROGER INDUSTRY LIMITED COMPANY, SHENZHEN SSTC TECHNOLOGY CO., LTD., SHENZHEN TOMTOY PLASTIC ELECTRIC CO., LTD., SHOP5485050 STORE, XIAMEN RAINBOW GIFTS & PACKS CO., LTD., YBE WELLTOY STORE, YIWU CITY MIYA GARMENT CO., LTD., YIWU HINTCAN TRADE COMPANY LIMITED, YIWU HODER CRAFTS CO., LTD., YIWU ISABELLA ARTS & CRAFTS CO., LTD., YIWU KAINUO GARMENT FIRM, YIWU LOLLIPOP-PROFESSIONAL GARMENT FACTORY, YIWU PARTY UNION IMP & EXP CO., LTD and YIWU | **CIVIL ACTION No. _____** <br><br> **[PROPOSED] ORDER TEMPORARILY SEALING FILE** <br><br> **FILED UNDER SEAL** |

RUOLIN E-COMMERCE FIRM,

*Defendants*

On this day, the Court considered Plaintiff's Application to Temporarily File Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Su Jeong Yang and Danielle S. Yamali and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 24th day of September, 2020, at 10:40 a..m.

_____
UNITED STATES DISTRICT JUDGE

JUDGE RAKOFF

1